Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Yolanda Ventura

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

YOLANDA VENTURA,                    ) Case No.: **C 10-4518 CW**
                                    )
            Plaintiff,              ) STIPULATION FOR DISMISSAL
                                    )
      vs.                           )
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner of Social Security,    )
                                    )
            Defendant.              )
                                    )
_____)

      TO THE HONORABLE JEREMY FOGEL, MAGISTRATE JUDGE OF

THE DISTRICT COURT:

      IT IS HEREBY STIPULATED by and between Yolanda Ventura

("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

///

-1-

1

2  ("Defendant"), that this matter be dismissed with prejudice, each party to bear its

3  own fees, costs, and expenses.

4  DATE: August 23, 2011          Respectfully submitted,

5                                 ROHLFING & KALAGIAN, LLP

6                                       /s/ *Marc V. Kalagian*

7                                 BY:_____
                                  Marc V. Kalagian

8                                 Attorney for plaintiff Yolanda Ventura

9  DATE: August 23, 2011

10                                MELINDA E. HAAG
                                  United States Attorney

11

12                                     /s/ *Elizabeth Barry*

13                                 _____
                                  Elizabeth Barry
                                  Special Assistant United States Attorney

14                                Attorneys for Defendant Michael J. Astrue,
                                  Commissioner of Social Security

15                                (Per e-mail authorization)

16

17  PURSUANT TO STIPULATION, IT IS SO ORDERED  that the above captioned

18  matter is dismissed with prejudice, each party to bear its own fees, costs, and

19  expenses.  **All pending motions are terminated.**

20

21  DATE:  9/29/2011

22                                 The Honorable Claudia Wilken

23                                    United States District Judge

24

25

26