1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Yolanda Ventura

7

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN JOSE DIVISION**

10

11

12  YOLANDA VENTURA,              )  Case No.: **C 10-4518 CW**
                                  )
13          Plaintiff,            )  STIPULATION FOR DISMISSAL
                                  )
14      vs.                       )
                                  )
15  MICHAEL J. ASTRUE,            )
    Commissioner of Social Security, )
16                                )
            Defendant.            )
17  _____)

18
        TO THE HONORABLE JEREMY FOGEL, MAGISTRATE JUDGE OF
19
    THE DISTRICT COURT:
20
        IT IS HEREBY STIPULATED by and between Yolanda Ventura
21
    ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security
22

23
    ///
24
    ///
25
    ///
26

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE: August 23, 2011            Respectfully submitted,

                                 ROHLFING & KALAGIAN, LLP

                                        /s/ *Marc V. Kalagian*
                                 BY:_____
                                 Marc V. Kalagian
                                 Attorney for plaintiff Yolanda Ventura

DATE: August 23, 2011

                                 MELINDA E. HAAG
                                 United States Attorney


                                        /s/ *Elizabeth Barry*
                                 _____
                                 Elizabeth Barry
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant Michael J. Astrue,
                                 Commissioner of Social Security
                                 (Per e-mail authorization)

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.  **All pending motions are terminated.**

DATE: 9/29/2011

                                 _____
                                 The Honorable Claudia Wilken
                                   United States District Judge